# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Harold Jeffery Johnson, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:23-cv-741 |
| Dodds Bodyworks, Inc., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing,** the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to the Opinion and Order filed 3/25/2024 the Court finds it lacks subject matter jurisdiction over the case. Accordingly, the Court REMANDS this case to the Franklin County Court of Common Pleas, and DENIES as moot all pending motions (ECF Nos. [16], [19], [21]).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 03/25/2024

CLERK OF COURT

*Christine M. Werr* (signature)
Signature of Clerk or Deputy Clerk